IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRIAN TACKETT**  **PLAINTIFF**

**v.**  **No. 3:23-cv-00200-MPM-JMV**

**KATRINA FELLER, et al.**  **DEFENDANTS**

## ORDER

On October 5, 2023, Magistrate Judge Jane Virden entered a Report and Recommendation [11] ("R&R") recommending dismissal of the case without prejudice and giving the plaintiff ten days to file written objections. On October 23, 2023, Mr. Tackett submitted objections to the R&R [14]. After reviewing the record, the Court finds that Magistrate Judge Virden's R&R should be approved and adopted as the opinion of the court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge [11] dated October 5, 2023 is **APPROVED** and **ADOPTED** and that the proposed findings of fact and conclusions of law are hereby adopted as the findings of fact and conclusions of law of the court;

2. That all pending motions are **DISMISSED** as moot; and

3. That the case is **DISMISSED** without prejudice.

Accordingly, a separate order shall be issued pursuant to Fed. R. Civ. P. 58.

**SO ORDERED** this 7th day of November, 2023.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**